[958 NE2d 545, 934 NYS2d 367]

In the Matter of the Claim of LARRY J. SALGY, Claimant, v HALSTED COMMUNICATIONS et al., Appellants, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Decided November 15, 2011

APPEARANCES OF COUNSEL

*Williams & Williams*, Buffalo (*Jared L. Garlipp* of counsel), for appellants.

*Eric T. Schneiderman, Attorney General*, New York City (*Steven C. Wu, Barbara D. Underwood, Benjamin N. Gutman* and *Carol Fischer* of counsel), for Workers' Compensation Board, respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs (*see Matter of Raynor v Landmark Chrysler*, 18 NY3d 48 [2011] [decided today]).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.